**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KELLY KADE,

    Plaintiff,

v.                                               Case No. 10-14662

AMURCON CORPORATION,

    Defendant.
                                                    /

**OPINION AMENDING SCHEDULING ORDER
AND TERMINATING MOTIONS AS MOOT**

On November 23, 2010, Plaintiff Kelly Kade initiated the above-captioned matter against Defendant Amurcon Corporation. On March 1, 2011, the court issued a scheduling order requiring discovery be completed by August 12, 2011. Encountering difficulties and delays in obtaining discovery, Plaintiff filed a motion to compel discovery and for sanctions on June 22, 2011. Subsequently, counsel for Defendant withdrew from representation on August 3, 2011. Current counsel for Defendant filed appearances on August 2, 2011, on which date they likewise filed an emergency motion to extend discovery. The court held conferences with counsel for Plaintiff and Defendant on August 3, 2011, and August 9, 2011. Having reviewed the motions and responses, the court determines that no hearing is necessary. E.D. Mich. LR 7.1(f)(2). The court will extend the time for discovery through September 9, 2011, and terminate the motions as moot. The court will also terminate as moot the pending motion to withdraw as counsel for Defendant by attorney Joseph Starr. Accordingly,

IT IS ORDERED that the scheduling order of March 1, 2011 [Dkt. # 18] is AMENDED as follows. The parties may continue court-supervised discovery through **September 9, 2011**. Dispositive motions may be filed until **October 9, 2011**.

IT IS FURTHER ORDERED that Plaintiff's motion to compel discovery and for sanctions [Dkt. # 31] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Defendant's motion for withdrawal [Dkt. # 36] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Defendant's emergency motion to extend discovery [Dkt. # 44] is TERMINATED AS MOOT.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 11, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-14662.KADE.Amd.Complaint.Counterclaim.nkt.wpd