UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY KADE,

    Plaintiffs,

v.                                                Case No. 10-14662

AMURCON CORPORATION,

    Defendants.
                                                     /

## ORDER SUSPENDING SCHEDULING ORDER DEADLINES AND SETTING TELEPHONE CONFERENCE

On September 13, 2011, the court held a telephone conference with counsel for Plaintiff and Defendant. During the conference, the parties indicated that they wished to refer the case to facilitation and suspend all deadlines in the interim. The court agreed to suspend the deadlines on the condition that the parties establish a facilitation schedule and select a facilitator by the end of the business day. The parties subsequently informed the court that they had satisfied the court's conditions. Accordingly,

IT IS ORDERED that the deadlines set forth in "Scheduling Order (Jury)" [Dkt # 18] are SUSPENDED until **October 7, 2011**.

IT IS FURTHER ORDERED that counsel will participate in a telephone status conference on **October 7, 2011, at 11:00 a.m.** The court will initiate the call.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: September 15, 2011

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 15, 2011, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522