# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KELLY KADE,

       Plaintiff/Counter-Defendant,

v.                                     Case No. 10-14662

AMURCON CORP.,

       Defendant/Counter-Plaintiff.

_____/

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter.  The terms of their resolution will be memorialized in writing by the parties.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **November 28, 2011**, to vacate this order if the settlement is not finalized.  After **November 28, 2011**, this dismissal is with prejudice.

                              s/Robert H. Cleland_____
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 28, 2011, by electronic and/or ordinary mail.

                              s/Lisa Wagner_____
                              Case Manager and Deputy Clerk
                              (313) 234-5522